UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ADNAAN BUKHARI, | ) | 2:10-CV-00615-PMP-LRL |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| AMERICAN HOME MORTGAGE ACCEPTANCE, INC., et al., | ) | |
| Defendants. | ) | |

This action having previously been consolidated with a related action, Bukhari v. American Home Mortgage, 2:10-cv-00392-PMP-LRL, and that action having been dismissed, and good cause appearing.

**IT IS ORDERED that** this action is also **DISMISSED** with prejudice.

DATED: April 1, 2011.

_____
PHILIP M. PRO
United States District Judge